CENTER FOR DISABILITY ACCESS
Mark Potter, Esq. SBN 166317
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Mark@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA

**Brian Whitaker**

    Plaintiff,

  v.

**Restaurant Las Cazuelas
Enterprise,** a California
Corporation

    Defendant.

Case No. 3:21-cv-9517-VC

**Declaration of Brian Whitaker in
response to Order to Show Cause**

1. I, the undersigned, am the plaintiff in this litigation. I can competently testify to the following based on my own knowledge and experience.

2. I have C-4 spinal cord injury, quadriplegic, and use a wheelchair for mobility.

3. I am an ADA advocate and tester. As part of my advocacy, I sometimes travel to the Bay Area, as I did in this and other cases.

4. My claims in this case arise from my personal visit to Taqueria Las Cazuelas on November 27, 2021.

5. Upon arriving at the property, I discovered that the outside tables did not provide adequate toe and knee clearance for wheelchair users.

6. I was with a friend, Nessi Thomas, when I visited the business.

1

7. I took photos of my experience.

8. I reported my experiences to my attorney which resulted in the filing of this case.

9. I understand my obligations to have standing to bring claims in this court. I have personal knowledge of barriers I've complained of based upon my visit. I understand that once the case concludes and the barriers are removed that I must intend to return in order for this court to have jurisdiction to hear my claims.

10. I intend to return at least once after I have been made aware that all barriers have been removed and after the conclusion of the case to test the adequacy of any remedial measures that are taken. I am deterred from returning until this occurs.

I declare, under penalty of perjury of the laws of the United States, that the foregoing is true and accurate.

Dated: May 10, 2022

By: _Brian Whitaker_
C6B6435922D7008704C85BD0653BA547    readysign
Brian Whitaker