UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>RESTAURANT LAS CAZUELAS ENTERPRISE,<br><br>        Defendant. | Case No. 21-cv-09517-VC<br><br>**ORDER TO SHOW CAUSE #2**<br><br>Re: Dkt. No. 24 |

Whitaker failed to file the status report due on October 3, 2022. *See* Dkt. No. 24. Whitaker is ordered to show cause as to why this case should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Whitaker is ordered to file a written response by October 12, 2022. If Whitaker fails to respond, the case will be dismissed.

**IT IS SO ORDERED.**

Dated: October 11, 2022

VINCE CHHABRIA
United States District Judge